UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Crim. No. 12-0284 (SRC)

v.                           :

CLARK DANIEL YANEZ-SAGASTEGUI :    <u>ORDER</u>

The Court having presided over defendant's guilty plea to Count 8 of the Petition for Violation of Supervised Release, dated September 24, 2012, which charged him with failing to reside for a period of 4 months in a residential reentry center and to observe the rules of that facility as required by the Order modifying the conditions of supervision with the consent of the offender, dated July 26, 2012, and the Court having conducted a sentencing hearing, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of Violation Number 8 of the Petition for Violation of Supervised Release, dated September 24, 2012;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is remanded to the custody of the United States Bureau of Prisons to serve a term of imprisonment of three (3) months;

4. Following defendant's release from the custody of the United States Bureau of Prisons, defendant shall serve a term of Supervised Release of two (2) years.

5. All conditions of supervised release set forth in the Judgment, dated October 13, 2011, are incorporated herein.

6. All other violations alleged in the Petition for Violation of Supervised Release are hereby dismissed.

_____
HON. STANLEY R. CHESLER
United States District Judge

Dated: October 5, 2012